Levesque v. Board of Trustees of the California State University, et al. Doc. 9

Case 1:07-cv-01584-AWI-DLB   Document 9   Filed 11/08/2007   Page 1 of 2

| | |
|---|---|
| 1 | Cathy L. Arias, CASB# 141989 |
| | Andrew R. Shalauta, CASB# 186821 |
| 2 | BURNHAM BROWN |
| | A Professional Law Corporation |
| 3 | P.O. Box 119 |
| | Oakland, California 94604 |
| 4 | --- |
| | 1901 Harrison Street, 11th Floor |
| 5 | Oakland, California  94612 |
| | Telephone:     (510) 444-6800 |
| 6 | Facsimile:      (510) 835-6666 |
| | Email:            carias@burnhambrown.com |
| 7 |                       ashalauta@burnhambrown.com |

8  Attorneys for Defendants
   BOARD OF TRUSTEES OF THE CALIFORNIA STATE
9  UNIVERSITY and CALIFORNIA STATE UNIVERSITY
   FRESNO ATHLETIC CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| VIRGINIA IRIS LEVESQUE, | No. 1:07-CV-01584-AWI-DLB |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY AND CALIFORNIA STATE UNIVERSITY FRESNO ATHLETIC CORPORATION TO FILE RESPONSIVE PLEADING AND ORDER** |
| v. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, CALIFORNIA STATE UNIVERSITY FRESNO ATHLETIC CORPORATION and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff VIRGINIA IRIS

LEVESQUE ("Plaintiff") and Defendants BOARD OF TRUSTEES OF THE CALIFORNIA

STATE UNIVERSITY, CALIFORNIA STATE UNIVERSITY FRESNO ATHLETIC

//

//

| STIPULATION FOR EXTENSION OF TIME FOR DEFS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY & CALIFORNIA STATE UNIVERSITY FRESNO ATHLETIC CORPORATION TO FILE RESPONSIVE PLEADING & [PROPOSED] ORDER | 1 | Case No. 1:07-CV-01584-AWI-DLB |
|---|---|---|

CORPORATION ("Defendants") that the deadline for Defendants to file a responsive pleading is extended from November 5, 2007 to and including November 19, 2007.

DATED: November 5, 2007        SIEGEL & YEE

                                By __/s/Dan Siegel_____
                                   DAN SIEGEL
                                   Attorneys for Plaintiff
                                   VIRGINIA IRIS LEVESQUE

DATED: November 5, 2007        BURNHAM BROWN

                                By __/s/Andrew R. Shalauta_____
                                   ANDREW R. SHALAUTA
                                   Attorneys for Defendants
                                   BOARD OF TRUSTEES OF THE
                                   CALIFORNIA STATE UNIVERSITY and
                                   CALIFORNIA STATE UNIVERSITY FRESNO
                                   ATHLETIC CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: November 6, 2007.

                                ___/s/ *Dennis L. Beck*_____
                                HON. DENNIS L. BECK
                                UNITED STATES MAGISTRATE JUDGE

831558

STIPULATION FOR EXTENSION OF TIME FOR DEFS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY & CALIFORNIA STATE UNIVERSITY FRESNO ATHLETIC CORPORATION TO FILE RESPONSIVE PLEADING & [PROPOSED] ORDER        2        Case No. 1:07-CV-01584-AWI-DLB